IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KANG YANG,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>        Defendants. | Civil Action No. 1:24-cv-06137 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kang Yang hereby gives notice that this action is voluntarily dismissed. None of the defendants having served an answer or motion for summary judgment in this action, Plaintiff respectfully submits this notice of voluntary dismissal of this action, without prejudice. *See Fed. R. Civ. P. 41(a)(1)(A)(ii).*

Date: August 8, 2024                                                        Respectfully submitted,

                                                                                                      */s/ Zheng Liu*

                                                                    Zheng "Andy" Liu (CA # 279327)
                                                                    *Attorneys for Plaintiff KangYang*