**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YANG, | Case no. 1:24-CV-06137 |
| Plaintiff, | |
| v. | Honorable Mary M. Rowland |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" Defendants. | |

**LETTER MOTION TO WITHDRAW MOTION TO INTERVENE**
**IN LIGHT OF ECF 17, AND REQUEST TO CANCEL THE AUGUST 16 CONFERENCE**

Defendants Yaphety-US, Splendoury-US, Shuaiying-US, Shinbule, Raiyong, Duodao, Wowno, Dreamlii, Defhang, Ekain, Hanyuco, Towerbiei, Yueko, Dianey, Dazzstar, Roomhaipay, Lanyico, Boomerlly, Zivicook, Juzidejia, Taohaigo, Censtation, Greelawn, Chealsleep, WELL Home, Tenkwa, Kakuka, Loopwave, Starryhana, Jiaoco, Dianku, Liangtingde LLC, AouBeauty, Roselley, Taidaxl, Hugeleap, Emircey US, Wentaiban Co, Emircey Home, MM Sleep, PN HOME, and Family kiosk, (collectively "Yaphety" or "Defendants"), by and through its undersigned counsel, hereby withdraws its previous Motion to Intervene, filed on August 11 (ECF 18), in light of Plaintiff Yang's voluntary dismissal of all Defendants in this Schedule A case (ECF 17), which renders Yaphety's motion moot, as there are no remaining issues to resolve. Accordingly, Yaphety respectfully requests the Court to strike the conference scheduled for Friday, August 16, from the docket. Yaphety will attend the

1

conference unless instructed otherwise.

Respectfully Submitted,

STRATUM LAW LLC


By: /s/ Pete Wolfgram
Pete Wolfgram
Stratum Law LLC
2424 E. York St., Ste. 223
Philadelphia, PA 19125
pwolfgram@stratumlaw.com
*Counsel for Yaphety et., al*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that on August 13, 2024 that a true and correct copy of the foregoing document was filed electronically with the Court via ECF.


Respectfully Submitted,

/s/Pete Wolfgram

_____

Pete Wolfgram